**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Marie Chantal Mukabaranga, et al.,

Plaintiffs,

v.

Alejandro Mayorkas, et al.,

Respondents.

No. CV-24-03579-PHX-DLR

**ORDER**

The Court having reviewed Plaintiffs' Response to Court's Order Clarifying basis of Voluntary Dismissal (Doc. 46), and the parties' Stipulation of Dismissal without Prejudice attached thereto, and good cause appearing;

**IT IS ORDERED** that, pursuant to the parties' stipulation, this matter is dismissed without prejudice, each party to bear their own costs and attorneys' fees.

Dated this 6th day of August, 2026.

Douglas L. Rayes
Senior United States District Judge